IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMIE MEYER, <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY <br><br> Defendant. | Case No. CIV-13-422-R |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Jamie Meyer, and Defendant, Allstate Fire and Casualty Insurance Company, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41 (a)(1), hereby jointly stipulate to the dismissal of Plaintiff's claims against Defendant in their entirety with prejudice to their refiling. Each party shall bear its own attorney's fees and cost.

Dated this 21 day of June 2013.

| | |
|---|---|
| s/ BRYAN G. GARRETT | s/ RONALD L. WALKER |
| Bryan G. Garrett, Esq. | RONALD L. WALKER, OBA #9295 |
| HOLLOWAY, DOBSON & BACHMAN | TOMLINSON · RUST · MCKINSTRY · GRABLE |
| One Leadership Square, Suite 900 | Two Leadership Square, Suite 450 |
| 211 N. Robinson Ave. | 211 North Robinson Ave. |
| Oklahoma City, OK 73102 | Oklahoma City, OK 73102 |
| Phone: 405-235-8593 | Telephone: 405/606-3370 |
| *Attorney for Plaintiff* | Facsimile: 877/917-1559 |
| | E-mail: ronw@trmglaw.com |
| | *Attorney for Defendant* |